UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) CASE NO. CR16-152-JCC |
| v. | ) |
| KEYNAN STROUD NEWSHAM, | ) DETENTION ORDER |
|     Defendant. | ) |

<u>Offense charged</u>:     Escape from Custody

<u>Date of Detention Hearing</u>:    May 26, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant has been indicted on a charge of escape from custody at the Pioneer

DETENTION ORDER
PAGE -1

Fellowship House Residential Re-entry Center, an institutional facility in which he was lawfully confined by virtue of a judgment and conviction of this Court. Defendant was being held upon a finding that he had violated a condition of supervised release in a previous conviction for Uttering Counterfeit Obligations or Securities.

    2.    Defendant does not contest entry of an order of detention.

    3.    Defendant poses a risk of nonappearance and a risk of danger due to the nature of the charge and criminal history.

    4.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 26th day of May, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 26th day of May, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3